


Yvonne Derry
Plaintiff Pro Se
15414 E Hillside Dr
Fountain Hills, AZ 85268
480-282-2684

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT ARIZONA

YVONNE DERRY,

Plaintiff,

vs.

AURORA LOAN SERVICES, Craig Wildrick, A LEHMAN BROTHERS COMPANY, Normajean Cohn, LEHMAN BROTHERS BANK, Jacqueline A. Frommer, MORTGAGE PRO U.S.A. LLC, Jason R. Brackley, BARCLAYS, John Varley, Robert E. Diamond Jr., et al.

Defendant(s)

Case No.: CV-10-0367-PHX-JAT
Honorable James A. Teilborg

**VOLUNTARY DISMISSAL**

LO

COMES NOW Yvonne Derry, Plaintiff, and files this Voluntary Dismissal and states the following:

1. Due to Plaintiff's lack of legal counsel and guidance, Plaintiff seeks to Voluntarily Dismiss the above captioned action against all Defendants.
2. All parties in the above captioned action shall pay their own attorney's fees.

**WHEREFORE**, Plaintiff moves this Court to dismiss the above captioned action without prejudice and order that the all parties pay their own attorneys' fees.

Respectfully submitted this 30th day of March, 2010

By: ______________________
Yvonne Derry, Plaintiff Pro Se

**CERTIFICATE OF SERVICE**

This is to certify that on March 30, 2010, a true copy of the foregoing was sent via U.S. Mail to the following:

Paul M. Levine
Matthew A. Silverman
Jessica R. Kenney
MCCARTHY, HOLTHUS, LEVINE
3636 North Central Avenue, Suite 1050
Phoenix, AZ 85012
Attorneys for Defendants

______________________
Richard Derry